

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,           CRIM. NO. 95-CR-50061-01
                                    HON. PAUL V. GADOLA

v.

D-1 DION ERIC SAVAGE,

        Defendant.
_____/

## VERDICT FORM

We, the jury, by unanimous verdict, find the defendant, Dion Eric Savage:

|  | Not Guilty | Guilty |
|---|---|---|
| Count One |  | ✓ |
| Count Two |  | ✓ |
| Count Six |  | ✓ |

Dated: 7-7-97

                                                          [signature]
                                                          Foreperson