UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

v.

DION ERIC SAVAGE,

                Defendant,

_____/

CRIMINAL CASE NO. 95-50061

HONORABLE PAUL V. GADOLA
U.S. DISTRICT JUDGE

## ORDER DISMISSING ALL MOTIONS

Before the Court are a plethora of motions filed by the Defendant ranging in time from August 23, 2004 through November 28, 2005. For the following reasons, the court will deny Defendant's motions.

Defendant was convicted on October 21, 1997. Since that time, he has filed no fewer than 57 motions with the Court. The Court has judiciously disposed of 35, leaving 22 motions still pending, many of which are virtually identical.

Defendant is proceeding *pro se*. A court must grant *pro se* litigants leniency, and should dispose of matters before it accordingly. *See, generally, Estelle v. Gamble,* 429 U.S. 97, 106 (1976). "The goal of fairly dispensing justice, however, is compromised when the Court is forced to devote its limited resources to the processing of repetitious and frivolous requests." *In re Michael Sindram*, 498 U.S. 177, 179 (1991). Likewise, "[p]*ro se* petitioners have a greater capacity than most to disrupt the fair allocation of judicial resources . . . ." *Id*. Defendant's frivolous, vexatious and multipicitous filings are a waste of this Court's resources and an abuse of the judicial process.

**ACCORDINGLY, IT IS ORDERED** that all of Defendant's pending motions [docket entries 671, 676, 680, 682, 683, 684, 689, 690, 691, 692, 697, 700, 703, 705, 707, 710, 712, 714, 716, 717, 718, and 721] are **DENIED**.

**IT IS FURTHER ORDERED** that Defendant shall be enjoined from filing any further documents without first seeking leave of Court.

Dated:   February 6, 2006                    s/Paul V. Gadola
                                             HONORABLE PAUL V. GADOLA
                                             UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on   February 7, 2006  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:                         Mark C. Jones                        , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:
                        T.N. Ziedas; Dion Savage          .

                                             s/Ruth A. Brissaud
                                             Ruth A. Brissaud, Case Manager
                                             (810) 341-7845