UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

                              CRIMINAL CASE NO. 95-50061

v.

DION ERIC SAVAGE,            HONORABLE PAUL V. GADOLA
                                    U.S. DISTRICT COURT
                Defendant.
_____/

## ORDER TO STRIKE

Pursuant to the Court's Order issued February 6, 2006 [docket entry #727], **IT IS HEREBY ORDERED** that Defendant's Motion Pursuant to 18 U.S.C. § 3582(c) to Refund Money and Illegal Sentence [docket entry #753], filed on August 20, 2007, is **STRICKEN** from the record.

**SO ORDERED.**

Dated:   August 30, 2007                     s/Paul V. Gadola
                                                    HONORABLE PAUL V. GADOLA
                                                    UNITED STATES DISTRICT JUDGE

---

Certificate of Service

I hereby certify that on   August 30, 2007   , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:
                        Mark C. Jones                      , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:               Dion Savage                      .

                                                                       s/Ruth A. Brissaud
                                                                       Ruth A. Brissaud, Case Manager
                                                                       (810) 341-7845