UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

DION ERIC SAVAGE,

          Petitioner,

v.

UNITED STATES OF AMERICA,

          Respondent.
_____/

Crim. No. 95-50061

Hon. Bernard A. Friedman

## ORDER TRANSFERRING PETITIONER'S MOTION TO SHOW CAUSE AND PREJUDICE TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

Before the Court is Petitioner's Motion to Show Cause and Prejudice. This appears to be a second or successive motion pursuant to 28 U.S.C. § 2255. Petitioner's motion acknowledges that it seeks to raise arguments previously raised in his § Section 2255 motion.

Section 2255 provides that "[a] second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals . . ." The instant motion does not indicate that Petitioner has obtained the required certification from the court of appeals. Nor does any such certification appear on the docket sheet.

Accordingly,

IT IS ORDERED that Petitioner's Motion to Show Cause and Prejudice be transferred to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1631. *See In re Sims*, 111 F.3d 45, 47 (6th Cir. 1997).

Dated: November 9, 2011
      Detroit, Michigan

S/Bernard A. Friedman
BERNARD A. FRIEDMAN
UNITED STATES DISTRICT JUDGE