UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DISTRICT

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

Case. No. 95-50061
HON. BERNARD A. FRIEDMAN

DION ERIC SAVAGE,

          Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION FOR SENTENCE REDUCTION**

      Before the Court is defendant's motion for a sentence reduction under the Fair Sentencing Act of 2010 (the "FSA") [docket entry 927]. The government filed a response [docket entry 930], to which defendant filed a reply [docket entry 931]. Defendant further requested that the Court hold the matter in abeyance pending the outcome of the en banc hearing in United States v. Blewett, 2013 U.S. App. LEXIS 24018 (6th Cir. Dec. 3, 2013) [docket entry 935]. Pursuant to the Sixth Circuit's recent holding in Blewett, that the FSA cannot be applied retroactively, defendant is ineligible for a sentence reduction.

      Accordingly,

      IT IS ORDERED that defendant's motion for a sentence reduction is denied.

Case. No. 95-50061

      IT IS FURTHER ORDERED that defendant's motion to hold the matter in abeyance is denied as moot.

                                                  _s/ Bernard A. Friedman_____
                                                  BERNARD A. FRIEDMAN
                                                  SENIOR UNITED STATES DISTRICT JUDGE

Date: _January 27, 2014
       Detroit, Michigan