UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 95-50061 |
| Plaintiff, | Hon. Bernard A. Friedman |
| -vs- | |
| DION ERIC SAVAGE, | |
| Defendant. | |
| _____/ | |

## APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Joan E. Morgan is appearing as counsel for Defendant, DION ERIC SAVAGE.

> s/Joan E. Morgan
> Federal Community Defender
> Eastern District of Michigan – Flint
> Attorney for Defendant
> 111 East Court Street, Suite L-100
> Flint, Michigan 48502
> (810) 232-3600
> (P34482)

Dated: April 16, 2019

## CERTIFICATE OF SERVICE

On April 16, 2019, I filed the foregoing document using the ECF system, which will send notification of the filing to counsel of record.

> s/Joan E. Morgan