UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

 Plaintiff,           Criminal No. 95-CR-50061-01

vs.               HON. BERNARD A. FRIEDMAN

DION ERIC SAVAGE,

 Defendant.
_____/

**ORDER REQUIRING PLAINTIFF TO RESPOND TO**
**DEFENDANT'S MOTIONS FOR SENTENCE REDUCTION**

   Defendant has filed four motions in this matter for sentence reduction under the First Step Act [docket entries 987, 988, 1003, 1009].  The government is hereby directed to respond to these motions within thirty days of the date of this order.

   SO ORDERED.


Dated:  June 27, 2019       s/Bernard A. Friedman
   Detroit, Michigan      BERNARD A. FRIEDMAN
               SENIOR UNITED STATES DISTRICT JUDGE