UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CR. NO.  95-50061

v.

                              JUDGE:  BERNARD A. FRIEDMAN

DION ERIC SAVAGE,

        Defendant.

_____/

## APPEARANCE

To the Clerk of the Court and all parties of record:

Enter my appearance as Counsel in the case for Defendant.  I certify that I am admitted to practice in the Court.

        Respectfully Submitted,

        **FEDERAL COMMUNITY DEFENDER OFFICE**

        s/ Andrew N. Wise
        Attorney for Defendant
        613 Abbott Street, 5th Floor
        Detroit, Michigan  48226
        313-967-5830
        E-mail: andrew_wise@fd.org

Date:  October 25, 2019