UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 95-cr-50061
HON. BERNARD A. FRIEDMAN

vs.

DION ERIC SAVAGE,

    Defendant.
_____/

### OPINION AND ORDER DENYING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

This matter is presently before the Court on defendant Dion Eric Savage's second motion for early termination of supervised release. (ECF No. 1040). The Government has responded. (ECF No. 1042). Pursuant to E.D. Mich. LR 7.1(f) the Court shall decide this motion without a hearing. For the following reasons, the Court shall deny the motion.

Just over one year ago, this Court denied Savage's first motion for early termination of supervised release. (ECF No. 1039). At that time, Savage had completed one fifth of his five-year term of supervised release and had "yet to obtain gainful employment," although he reported that he had twice been drug tested with negative results, had had no contact with law enforcement, and was

striving to become self-employed. (*Id.*, PageID.12177-78). "Successfully transitioning back into society after serving approximately twenty-five years in prison takes time. It also requires significant resources and support, much of which can be provided by the United States Probation Office while defendant remains under supervised release." (*Id.*, PageID.12178).

Savage has now brought a second motion for early termination of supervised release. He urges that he "now sell[s] BBQ, T-Shirts, Juice, Pop, Phone Protectors, Pie, Fish, [and] Shrimp in Front of [his] building on N. Saginaw" and that he has "purchased a Merchant License from the City of Flint to Legally sell the Above." (ECF No. 1040, PageID.12180). Savage asserts that it is "going Really good" and that the "People of Flint Really love [and] Respect [him] and love to support [him]." (*Id.*). Savage states that he asked his probation officer to make this request of the Court, "but she said she was too busy" so instead Savage "called Mrs. Green and she told [Savage] to write [the Court] a letter seeking to get off of Supervised Release." (*Id.*, PageID.12180-81).

The Government opposes the instant motion, urging that Savage is still less than halfway through his five-year sentence and offers "essentially no new information." (ECF No. 1042, PageID.12185).

The Court has discretion to terminate a term of supervised release if warranted by the defendant's conduct and in the interest of justice.

The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) –

(1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

18 U.S.C. § 3583(e)(1).

Here, Savage has provided only a very brief letter in which he states that he has been selling various items in front of his building and that the people of Flint love, respect, and support him. (ECF No. 1040). This is insufficient to change the Court's previous analysis. (ECF No. 1039, PageID.12178) (considering in particular the statutory factors of protecting the public from further crimes of the defendant and providing the defendant with training, medical care, or other correctional treatment in the most effective manner). The requested relief is unwarranted at this time. Accordingly,

IT IS ORDERED that Savage's motion for early termination of supervised release (ECF No. 1040) is DENIED.

Dated: January 18, 2023
    Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge

3

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on January 18, 2023.

| | |
|---|---|
| **Dion Eric Savage** | s/Johnetta M. Curry-Williams |
| 6101 N. Saginaw St. | Case Manager |
| Flint, MI 48505 | |